# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROSE C. POWELL,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                 5:11CV55

TONY A. KELLER, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2011 Order.

                                                  Signed: July 20, 2011

                                                  Frank G. Johns, Clerk
                                                  United States District Court